**Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-22-00191-CV
_____

## PAULETTE HOWARD D/B/A MASON BUILDERS AND MASON HOWARD, Appellants

### V.

## MICHAEL C. HOBBS AND DEBORAH K. HOBBS, Appellees

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 108577-CV**

## MEMORANDUM OPINION

This appeal is from a judgment signed December 16, 2021. The notice of appeal was filed March 15, 2022. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs). Moreover, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal

informed the court appellants did not make arrangements to pay for the record.

On March 29, 2022, appellants were instructed to pay the appellate filing fee on or before April 8, 2022 or the appeal would be dismissed. In addition, on April 14, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellants did not provide any response to any of those notices.

On May 12, 2022, appellants were ordered to either demonstrate their indigence or both pay the filing fee and demonstrate they had made arrangements to pay for the clerk's record, on or before June 2, 2022. In the order, the court notified appellants that failure to comply with the court's order may result in dismissal of the appeal.

Appellants have not paid the appellate filing fee, they have not provided this court with proof of payment for the record, nor have they otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant  (Spain, J. concurs with granting the court's motion to dismiss and notes that without a clerk's record this court cannot determine if there is an underlying appealable final judgment or appealable interlocutory order).